RYAN ALEXANDER                                              *E-Filed*
Nevada Bar No. 10845
RYAN ALEXANDER CHTD.
3017 W. Charleston Blvd. Suite 58
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
Email: ryan@ryanalexander.us

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOON SU GANG and GRACE GANG,<br><br>DEBTORS. | Case No.: 11-29687-btb<br>Hon. Bruce T. Beesley<br>Chapter 11<br><br>***EX PARTE* MOTION TO REOPEN CHAPTER 11 BANKRUPTCY CASE**<br><br>Hearing Date:<br>Hearing Time: |

JOON SU GANG and GRACE GANG (collectively, "Debtors," "GANG") by and through their attorney of record, Ryan Alexander, Esq. and respectfully move the Court pursuant to Section 350(b) of Title 11 of the United States Code for the entry of an *ex parte* order to re-open this case in order to determine a post-petition claim and administer potential asset(s). Debtors state as follows:

## PERTINENT FACTS

1. JOON SU GANG and GRACE GANG filed a Chapter 11 Bankruptcy case on December 29, 2011 in the United States Bankruptcy Court, District of Nevada.

2. Debtors' Chapter 11 plan of reorganization was confirmed on [DATE].

3. Debtors received a discharge of their debts on May 3, 2016. *Docket 23*.

4. BSI FINANCIAL SERVICES ("BSI") took over the mortgage on two properties belonging to Debtors from MR. COOPER on approximately June 11, 2018.

RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD, SUITE 58, LAS VEGAS NV 89102

5.  BSI is servicer for Citibank Mortgage and Bank of America Home Mortgage were listed in GANG's bankruptcy schedules and were listed a creditors. *Docket 1*.

6.  Debtors have made each payment required by their Chapter 11 plan.  However, on their account statement dated July 11, 2018, BSI claims that the arrears on the properties are in excess of $20,000.00.

7.  As of the date of this filing, after many attempts to resolve the balance owed over the course of a year, BSI still maintains the balance is true and correct and has begun to refuse Debtors' monthly payments.

## LEGAL ARGUMENT

11 U.S. Code § 350(b) provides that a case may be reopened to administer assets, to accord relief to the debtor, or for other cause. Debtor seeks sanctions and damages against BSI in an amount to be determined at an evidentiary hearing. BSI is subject to the terms and conditions of the confirmed Plan pursuant to 11 U.S.C. § 1141(a). BSI should further be compelled to produce a complete accounting of the payments made by the Debtors during this case, including an explanation of the charges levied.

## CONCLUSION

WHEREFORE, based on the foregoing, the Debtors respectfully request that the Court reopen the case so that Debtors can file for an Order to Show Cause against BSI for their refusal to abide the confirmed Chapter 11 plan.

DATED this 2nd day of October 2018

RYAN ALEXANDER, CHTD.

_____
RYAN ALEXANDER
Nevada Bar No. 10845
3017 W. Charleston Blvd. Suite 58
Las Vegas, NV 89102
Email: ryan@ryanalexander.us
*Attorney for Debtors*

RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD, SUITE 58, LAS VEGAS NV 89102

-2-

**PROOF OF SERVICE**

    I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is Ryan Alexander Chtd. 3017 W Charleston Blvd. Ste. 58 Las Vegas, NV. 89101.  On October 2, 2018, I served the within document(s):

*EX PARTE* **MOTION TO REOPEN CHAPTER 11 BANKRUPTCY CASE**

X    ECF System.

MICHAEL W. CHEN on behalf of Creditor AURORA BANK FSB
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

WILLIAM C DEVINE, II on behalf of Debtor JOON SU GANG
william@devinelawfirm.com, courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com

WILLIAM C DEVINE, II on behalf of Joint Debtor GRACE GANG
william@devinelawfirm.com, courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com

CHRISTOPHER M. HUNTER on behalf of Creditor BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, its assignees and/or successors
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHARLES L KENNON, III on behalf of Creditor AURORA BANK FSB
charlesk@w-legal.com, jodyr@w-legal.com

CHARLES L KENNON, III on behalf of Creditor OCWEN LOAN SERVICING, LLC
charlesk@w-legal.com, jodyr@w-legal.com

CHRISTOPHER K LEZAK on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, its assignees and/or successors
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

DEAN R. PROBER on behalf of Creditor BANK OF AMERICA, N.A
cmartin@pralc.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ACE C VAN PATTEN on behalf of Creditor AURORA BANK FSB
efile@brookshubley.com

ACE C VAN PATTEN on behalf of Creditor NATIONSTAR MORTGAGE, LLC
efile@brookshubley.com

GREGORY L. WILDE on behalf of Creditor ONEWEST BANK, FSB
nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;taloveland@tblaw.com

☐    FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD, SUITE 58, LAS VEGAS NV 89102

X      MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

JOON SU GANG and GRACE GANG

11120 Pentland Downs St

Las Vegas, NV 89141


BSI Financial Services

314 S Franklin St / Second Floor

PO Box 517

Titusville, PA 16354


☐      PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐      OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.  Executed on October 2, 2018 at Las Vegas, Nevada.


/s/Ryan Alexander

_____

RYAN ALEXANDER
*Attorney for Debtors*

RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD, SUITE 58, LAS VEGAS NV 89102

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28