Allison Schmidt, Esq.
Nevada Bar # 10743
GHIDOTTI | BERGER
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: aschmidt@ghidottiberger.com

Attorney for BSI Financial Services and U.S. BANK TRUST N.A., AS TRUSTEE OF THE BUNGALOW SERIES III TRUST its successors and assigns

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOON SU GANG, GRACE GANG,<br><br>Debtors. | **CASE NO.: 11-29687-btb**<br><br>**Chapter 11**<br><br>**STIPULATION SEEKING A CONTINUANCE OF THE STATUS CONFERENCE**<br><br>Hearing Date: September 12, 2019<br>Hearing Time: 1:30 p.m. |

COMES NOW, Debtors, JOON SU GANG and GRACE GANG (collectively "Debtors"), and Respondents, BSI Financial Services ("**BSI**") and U.S. BANK TRUST N.A., AS TRUSTEE OF THE BUNGALOW SERIES III TRUST ("**US Bank**"), by and through their respective attorneys of record, and hereby submit the following stipulation requesting a continuance of the upcoming status conference hearing presently set for September 12, 2019 as follows:

**IT IS HEREBY STIPULATED**, that Debtors and Respondents jointly request a continuance of the status hearing on Debtor's Motion for Order to Show Cause presently set for hearing on September 12, 2019.

1

11-29687-btb
Opposition

**IT IS HEREBY STIPULATED**, that the parties have exchanged documents relating to the pending Motion and are in the process of continuing to meet and confer to try to resolve the issues. However, additional time is needed to allow the parties to further meet and confer.

**IT IS HEREBY STIPULATED**, that the parties request the status hearing be continued to a date convenient for the court's calendar after October 15, 2019.

GHIDOTTI | BERGER

DATED: Septembmer 10, 2019

By: /s/ *Allison Schmidt, Esq.*
Allison Schmidt, Esq.
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148

Dated: September 10, 2019

RYAN ALEXANDER, CHTD.

By: _____

RYAN ALEXANDER
3017 W. CHARLESTON BLVD., STE 58
LAS VEGAS, NV 89102
(702) 868 3311

Allison Schmidt, Esq.
Nevada Bar # 10743
GHIDOTTI | BERGER
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: aschmidt@ghidottiberger.com

Attorney for BSI Financial Services and U.S. BANK TRUST N.A., AS TRUSTEE OF THE BUNGALOW SERIES III TRUST its successors and assigns

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| In Re: | CASE NO.: 11-29687-btb |
| JOON SU GANG, GRACE GANG, | Chapter 11 |
| Debtors. | CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

| | |
|---|---|
| 1 | On September 10, 2019 I served the following documents described as: |
| 2 3 | • **STIPULATION SEEKING A CONTINUANCE OF THE STATUS CONFERENCE** |
| 4 5 | on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows: |
| 6 | (Via United States Mail) |

| | |
|---|---|
| **Debtor**<br>JOON SU GANG<br>11120 PENTLAND DOWNS ST.<br>LAS VEGAS, NV 89141<br><br>**Joint Debtor**<br>GRACE GANG<br>11120 PENTLAND DOWNS ST.<br>LAS VEGAS, NV 89141<br><br>**U.S. Trustee**<br>U.S. TRUSTEE - LV - 11, 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101<br><br>**Creditor**<br>Bank of America<br>PO Box 2518<br>Houston, TX 77252<br><br>**Creditor**<br>Clark County Treasurer<br>500 S. Grand Central Pkwy<br>PO Box 551220<br>Las Vegas, NV 89155<br><br>**Creditor**<br>HSBC / Costco<br>Hsbc Retail Srvs/Attention:<br>Bankruptcy D<br>Po Box 5226<br>Carol Stream, IL 60197<br><br>/// <br><br>/// | **Debtor's Counsel**<br>RYAN ALEXANDER<br>RYAN ALEXANDER, CHTD.<br>3017 W. CHARLESTON BLVD., STE 58<br>LAS VEGAS, NV 89102<br><br>**Debtor's Counsel**<br>WILLIAM C DEVINE, II<br>DEVINE LAW FIRM, PLLC<br>8905 S. PECOS ROAD, SUITE 23B<br>HENDERSON, NV 89074<br><br>**Creditor**<br>Aurora Loan Services<br>Attn: Bankruptcy Dept.<br>Po Box 1706<br>Scottsbluff, NE 69363<br><br>**Creditor**<br>Chase<br>P.o. Box 15298<br>Wilmington, DE 19850<br><br>**Creditor**<br>DETR<br>Employment Security Division<br>500 E. Third St<br>Carson City, NV 89713<br><br>**Creditor**<br>Indymac Bank/Onewest bank<br>Attn:Bankruptcy<br>2900 Esperanza Crossing<br>Austin, TX 78758<br><br>/// |

2
CERTIFICATE OF SERVICE

| **Creditor**<br>IRS<br>PO Box 1303<br>Charlotte, NC 28201 | **Creditor**<br>Nevada Dept of Taxation<br>ATTN: Bankruptcy Division<br>555 E. Washington Ave<br>#1300<br>Las Vegas, NV 89101 |
|---|---|
| **Creditor**<br>Nevada DMV<br>ATTN: Legal Division<br>555 Wright Way<br>Carson City, NV 89711 | |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2019 at Santa Ana, California

*/s/ Enrique Alarcon*
Enrique Alarcon

3
CERTIFICATE OF SERVICE